LEONE MORTGAGE CORP. v. PAULINE MODICA.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SMYRE.

January 25, 1983.

Petition for certification denied.

NICHOLAS MARONE, III v. NICHOLAS MARONE, JR.
AND SHIRLEY DILLON.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRELL McBURROUGHS.

January 25, 1983.

Petition for certification denied.